JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SA CV 13-0976 DOC (ANx)            Date: March 6, 2014

Title: AHMAD EKHLAS V. INTEGRITY SOLUTION SERVICES, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On February 18, 2014, the Court granted Defendant's motion to dismiss as unopposed. *See* Order (Dkt. 24). Plaintiff was directed to file an amended complaint on or before March 4, 2014, and admonished that, "Failure to do so, or failure to oppose a second motion to dismiss will result in dismissal with prejudice." *Id*.

As of this date, Plaintiff has not filed an amended complaint or other response. Therefore, this case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

MINUTES FORM 11
CIVIL-GEN                                                    Initials of Deputy Clerk: jcb